```
                                                          FILED
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF NEBRASKA
```

IN THE UNITED STATES DISTRICT COURT     09 NOV 10 PM 3: 35
FOR THE DISTRICT OF NEBRASKA

OFFICE OF THE CLERK

IN RE: SEARCH WARRANT FOR )     8:09MJ211
ONE BOOST MOBILE CELLULAR )
TELEPHONE BLACK AND YELLOW IN )
COLOR, BEARING SERIAL NUMBER )
364VKJFHGW AND IMEI NUMBER )
001701937879780 )

## MOTION TO UNSEAL SEARCH WARRANT
## APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 10th day of November, 2009

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By: _____
JOHN E. HIGGINS #19546
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

## ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
THOMAS D. THALKEN
Magistrate Judge, United States District Court

DATED: 11/10/09